**Appeal Dismissed and Memorandum Opinion filed August 21, 2018.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-17-00914-CV

**NDEM BURABARI ODUU, Appellant**

**V.**

**BARIVURE  ELIZABETH DAN-DUKOR, Appellee**

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-00572**

## M E M O R A N D U M    O P I N I O N

After we sustained the court reporter's contest to appellant's statement of inability to afford payment of costs, we ordered appellant to provide, by May 2, 2018, proof he had paid or made arrangements to pay for the clerk's record and the reporter's record. We extended the deadline 60 days on appellant's motions, but no proof of payment arrangements was filed.

On July 19, 2018, we again ordered appellant to provide proof of payment or arrangements to pay for the clerk's record and reporter's record. Such proof was due

by July 30, 2018. We stated no further extensions would be granted absent extraordinary circumstances. We cautioned that if appellant failed to make such a showing with respect to the clerk's record, this appeal may be dismissed. *See* Tex. R. App. P. 35.3(a)(2), 37.3(b). Neither the clerk's record nor proof of payment or arrangements to pay for the clerk's record has been filed.

Accordingly, we DISMISS the appeal.


PER CURIAM


Panel consists of Justices Boyce, Donovan, and Wise